UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

-against-

RAMINDESIGN, LLC,
RAMINDESIGN+DEVELOPMENT, LLC
and JACEK SKARZYNSKI,

                Defendants.
------------------------------------------------------------x

Case No.: 25-CV-02252 (VSB)(SDA)

**NOTICE OF CROSS MOTION**

Oral Argument Requested

      PLEASE TAKE NOTICE that upon the annexed Declaration of Ramin Aleyasin dated February 19, 2026, the Declaration of Steven F. Samilow, Esq. dated February 19, 2026, and the Declaration of Eliot L. Greenberg, Esq. dated February 23, 2026, in Support of defendants Ramindesign, LLC and Ramindesign+Development, LLC's (hereinafter collectively "Ramindesign") Cross Motion for Summary Judgment, dated February 23, 2026, and the exhibits attached thereto; the Memorandum of Law in Support, and upon all of the pleadings and proceedings heretofore and herein, defendant Ramindesign will cross move this Court before the Honorable Vernon S. Broderick, U.S.D.J., at the United States Courthouse for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, New York 10007, on a date and time to be determined by the Court (or on any date agreed upon by the parties and accepted by the Court), for an order pursuant to Fed. R. Civ. P. 56 declaring that Mt. Hawley has an obligation to defend and indemnify defendant Ramindesign in an underlying action currently pending in the United States District Court, Southern District of Florida, under Case No. 23-cv24838(JAL), together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
       February 23, 2026

                                MCGIVNEY KLGUER CLARK
                                & INTOCCIA, P.C.

                                By:  */s/ Eliot L. Greenberg*
                                      Eliot L. Greenberg, Esq.
                                Attorney for Defendants Ramindesign, LLC
                                and Ramindesign+Development, LLC
                                33 Whitehall Street, 16th Floor
                                New York, New York 10004
                                (212) 509-3456

eg:Mt.Hawley.Ramin.NOCM.2.23.26
2/26